# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDALL SANDERS, | ) |
| Petitioner, | ) ) ) |
| -vs- | ) NO. CIV-24-1158-HE |
| CARRIE BRIDGES, | ) ) ) |
| Respondent. | ) ) |

## ORDER

Petitioner Randall Sanders, a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to United States Magistrate Judge Amanda L. Maxfield for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B) and (C). On December 10, 2025, the magistrate judge issued a Report and Recommendation recommending the habeas corpus petition be denied.

Within the time permitted by the court, petitioner filed an objection to Report and Recommendation.[1] In accordance with 28 U.S.C. § 636(b)(1), the court has a de novo review of the matter. Having done so, the court agrees with the magistrate judge's analysis regarding petitioner's claims. The court need not repeat that analysis here. The court concludes that petitioner's arguments are without merit.[2] The Report and Recommendation will be adopted in its entirety.

---

[1] Petitioner also filed a motion [Doc. #32] seeking leave to file an additional 13 pages in support of his objection. The motion will be granted.

[2] Additionally, the court concludes that any issues and theories first raised in the objection are deemed waived. See Marshall v. Chater, 75 F.3d 1421, 1426 (10th Cir. 1996).

Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts requires the court to issue or deny a certificate of appealability when it enters a final order adverse to petitioner. Where the court has rejected petitioner's constitutional claims on the merits, the petitioner, to obtain a certificate of appealability, must show that "reasonable jurists would find the [] court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000). Where the court has denied the claims on procedural grounds without reaching the merits, the petitioner must show, "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the [] court was correct in its procedural ruling." Id. Here, the court concludes petitioner cannot make the required showing. A certificate of appealability will therefore be denied.

Accordingly, for the reasons stated, petitioner's motion [Doc. #32] seeking to file an additional 13 pages is **GRANTED** and petitioner's petition [Doc. #1] for a writ of habeas corpus under 28 U.S.C. § 2254 is **DENIED**. A certificate of appealability is also **DENIED**.

A separate judgment will be entered.

3

**IT IS SO ORDERED**.

Dated this 11th day of February, 2026.

                                                         *[signature]*
                                           JOE HEATON
                                           UNITED STATES DISTRICT JUDGE